UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:12cr239 |
| v. | ) | |
| | ) | |
| (4)  GLYNN HUBBARD | ) | **SCHEDULING ORDER** |
| (16) NATHAN SHANE WOLF | ) | |
| (18) WILLIAM BROWN | ) | |
| (24) DENETRIA MYLES | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the joint motion for a scheduling order, in light of the Court's preemptory trial setting.

**IT IS, THEREFORE, ORDERED** that the parties' joint motion is **GRANTED as modified below**. The Court orders that:

1. Motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, 18 and 41 of the Federal Rules of Criminal Procedure shall be filed no later than September 16, 2013; responses to those motions shall be filed no later than September 30, 2013, and reply briefs shall be filed no later than October 7, 2013.

2. Motions *in limine* shall be filed **no later than September 25, 2013; responses to those motions shall be filed no later than October 2, 2013, and reply briefs shall be filed no later than October 7, 2013.**

3. Proposed jury instructions shall be filed no later than October 7, 2013.

Signed: September 16, 2013

Graham C. Mullen
United States District Judge

1