IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CR239

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| (18) WILLIAM BROWN | ) | |
| _____ | ) | |

      This matter is before the Court upon motion of the government to stay the Order of the magistrate entered September 17, 2013 allowing withdrawal of appointed counsel for Mr. Brown. This matter, along with new counsel's Motion to Continue and Motion for Extension of Time will be addressed at a hearing on September 25, 2013 at 2:00 p.m. in CR# 3.

      IT IS SO ORDERED.

Signed: September 19, 2013

Graham C. Mullen
United States District Judge